

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| BRETT HARDING, | § | No.08-22-00117-CR |
| Appellant, | § | Appeal from the |
| v. | § | 42nd District Court |
| THE STATE OF TEXAS, | § | of Taylor County, Texas |
| State. | § | (TC# 28762A) |
| | § | |

# **O R D E R**

The Court GRANTS the State's second motion for extension of time within which to file the brief until **January 30, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James Hicks, the State's attorney, prepare the State's brief and forward the same to this Court on or before January 30, 2023

IT IS SO ORDERED this 17th day of January, 2023.


PER CURIAM


Before Rodriguez, C.J., Palafox, and Soto, JJ.